No. 935. KELLEY *v.* EVERGLADES DRAINAGE DISTRICT. See *ante,* p. 415.

Nos. 973 and 974. MERCOID CORPORATION *v.* MID-CONTINENT INVESTMENT CO. ET AL. June 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Geo. L. Wilkinson* for petitioner. *Mr. Richard Spencer* for the Mid-Continent Investment Co.; and *Messrs. William P. Bair* and *Will Freeman* for Minneapolis-Honeywell Regulator Co.,—respondents.

No. 975. ATLANTIC REFINING Co. *v.* MOLLER. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Otto Wolff, Jr.* for petitioner. *Messrs. Leonard J. Matteson* and *J. Harry LaBrum* for respondent.